USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ -/--/____
DATE FILED: 11/21/2019

**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

PETER LITTLE,

               Plaintiff,

      -against-                         18 **CIVIL** 11919 (VB)

                                 **JUDGMENT**

XL INSURANCE COMPANY SE,
               Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated November 18, 2019, the motion to dismiss on

grounds of <u>forum</u> <u>non</u> <u>conveniens</u> is granted; accordingly, this case is closed.

**Dated:** New York, New York
       November 21, 2019

                         **RUBY J. KRAJICK**

                          **Clerk of Court**

        BY:

                          **Deputy/Clerk**

             **THIS DOCUMENT WAS ENTERED**
             **ON THE DOCKET ON** _11/21/2019_